1

2

3

4

5              UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8    CESAR RODRIGUEZ,                    No. C 09-1769 MHP (pr)

9              Plaintiff,                **ORDER**

10        v.

11   MR. CATE, etc.; et al.,

12             Defendants.
                                    /
13   ———————————————————

14        In this prisoner's <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983, plaintiff

15   alleges that defendants were deliberately indifferent to his serious medical needs.

16   Defendants moved for summary judgment several months ago.  Thereafter, plaintiff filed a

17   motion to compel discovery and to stay the summary judgment proceedings pending a ruling

18   on his motion to compel.

19        Plaintiff's motion to compel discovery responses is DENIED.  (Docket # 19.)

20   Plaintiff did not make the necessary good faith effort to meet and confer to attempt to resolve

21   the discovery dispute before filing the motion.  <u>See</u> Fed. R. Civ. P. 37(a)(1); N. D. Cal. Local

22   Rule 37.  To promote the goal of addressing only very specific discovery disagreements

23   (rather than becoming an overseer of all discovery), the court requires that the parties meet

24   and confer to try to resolve their disagreements before seeking court intervention.  In the case

25   of an incarcerated litigant, the meet-and-confer process may be accomplished by telephone

26   conference or by the exchange of correspondence.  Plaintiff took no steps to meet and confer

27   to try to resolve the dispute before filing his motion to compel.

28

**United States District Court**
For the Northern District of California

1    Plaintiff's motion for a stay pending a resolution of his motion to compel is

2  GRANTED.  (Docket # 18.)  Now that the court has denied his motion to compel, the court

3  will set a briefing schedule for the opposition and reply on defendants' pending motion for

4  summary judgment:  No later than **December 31, 2010**, plaintiff must file and serve on

5  defense counsel his opposition to the motion for summary judgment.  No later than **January

6  18, 2011**, defendants must file and serve their reply (if any) in support of the motion for

7  summary judgment.

8    Plaintiff should not expect any further extensions of the deadline to file his opposition.

9  By the time the deadline arrives, plaintiff will have had more than eight months to prepare

10  his opposition.  He should be preparing his opposition regardless of whether he is able to

11  obtain further discovery responses.  Indeed, because defendants' motion for summary

12  judgment raises a qualified immunity defense, it is quite possible that defendants will request

13  a stay of discovery.  Typically defendants are entitled to a stay of discovery upon request

14  when they have raised a qualified immunity defense.  See Crawford-El v. Britton, 523 U.S.

15  574, 598 (1998)

16    IT IS SO ORDERED.

17  Dated: November 22, 2010

18    Marilyn Hall Patel
      United States District Judge

19

20

21

22

23

24

25

26

27

28